ANN LEARY *v.* WILLIAM B. JOHNSON ET AL.

The motion by the plaintiff for permission to file an appendix to her brief in the appeal from the Superior Court in Fairfield County at Stamford is granted; the appendix is to be filed within thirty days.

*Leo Gold,* on the motion.

Submitted September 9—decided September 24, 1969

SIDNEY COHEN *v.* HOLLOWAYS', INC.

The motion by the defendant that the time for filing its motion for reargument of the appeal from the Superior Court in Hartford County be extended to October 10, 1969, is granted.

*Herbert A. Krasow,* in support of the motion.

*William Pease,* in opposition.

Submitted September 16—decided September 24, 1969